IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM MORGAN,

        Petitioner,                      No. Civ. S-06-1231 DFL EFB P

        vs.

ROSANNE CAMPBELL,

        Respondent.                   <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed August 2, 2006, respondent was ordered to file, within forty-five days, an answer to the instant petition.  Respondent has not filed an answer to the petition.  Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to timely file an answer or motion to dismiss.

Dated:   November 14, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE