1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM MORGAN,

11          Petitioner,                    No. CIV S-06-1231 RRB EFB P

12        vs.

13   ROSANNE CAMPBELL,

14          Respondent.              ORDER

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

17   U.S.C. § 2254.  On February 27, 2008, petitioner requested an extension of time to file and serve

18   objections to the February 11, 2008 findings and recommendations.  *See* Fed. R. Civ. P. 6(b).  In

19   his request, petitioner states generally that, due to his work assignment and prison overcrowding,

20   he has limited access to the law library for research.  The request does not explain what plaintiff

21   has done thus far to draft and file objections or what the basis of any objections might be.  Nor

22   does it state why the objections could not have been completed within the fourteen days allowed

23   by the order.

24   ////

25   ////

26   ////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's February 27, 2008, request for

2  an extension of time is denied.

3  DATED:  March 21, 2008.

4

EDMUND F. BRENNAN
5  UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26